UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF THE U.A. LOCAL 393 PENSION FUND AND THE U.A. LOCAL 393 HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD ALAN PIERCE, a sole proprietor, dba PIERCE PLUMBING,<br><br>Defendant. | Case No. C-14-00738-RMW (HRL)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION REGARDING MOTION FOR DEFAULT JUDGMENT**<br><br>[Re Docket No. 15] |

This case has been reassigned to the undersigned with a Report and Recommendation that plaintiffs' motion for default judgment be granted. Dkt. No. 15 (Motion); Dkt. No. 22 (Report). The Report awards default judgment in the amount of $77,354.74, which sum includes the amount of principal contributions owed, plus liquidated damages, attorney's fees, and costs. No objections have been filed. The court has reviewed the Report and Recommendation of the Magistrate Judge and hereby adopts his Report. Plaintiffs are awarded $77,354.75.

**SO ORDERED.**

Dated: November 18, 2014

Ronald M. Whyte
United States District Judge

ORDER ADOPTING R&R
Case No. C-14-00738
LM

- 1 -