UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF THE U.A. LOCAL 393 PENSION FUND AND THE U.A. LOCAL 393 HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD ALAN PIERCE, a sole proprietor, dba PIERCE PLUMBING,<br><br>Defendant. | Case No. C-14-00738-RMW (HRL)<br><br>**JUDGMENT** |

On November 18, 2014 this court entered default judgment in favor of plaintiffs and against defendant. Plaintiff is entitled to $77,354.74, which sum includes the amount of principal contributions owed, plus liquidated damages, attorney's fees, and costs.

IT IS HEREBY ORDERED THAT defendant shall pay plaintiffs $77,354.74.

Dated: November 18, 2014

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge

JUDGMENT
Case No. C-14-00738
LM

- 1 -